IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal No. 10-00324-01-CR-W-DW |
| v. ) | Complaint No. 10-0179JTM-01 |
| ) | |
| BRENDA CASTANEDA, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO DISMISS COMPLAINT

Comes now Catherine Connelly, Assistant United States Attorney, and moves the Court to dismiss the complaint filed on November 2, 2010, before United States Magistrate Judge John T. Maughmer, at Kansas City, Missouri, charging the defendant, BRENDA CASTANEDA, with knowingly and intentionally, possess with the intent to distribute, a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in an amount of fifty (50) grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

/s/ *Catherine Connelly*
Catherine Connelly #39018
Assistant United States Attorney
Western District of Missouri

## O R D E R

Upon motion of the United States of America, the complaint against defendant, BRENDA CASTANEDA, filed on November 2, 2010, is hereby dismissed.

/s/ John T. Maughmer
John T. Maughmer
United States Magistrate Judge

Dated: February 1, 2011
Kansas City, Missouri