IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. |
| ) | 10-00324-06-CR-W-DW |
| PABLO FIGUEREDO-CHAVIANO, ) | |
| Defendant. ) | |

## **O R D E R**

Pending before the Court is the motion (Doc. No. 94) of defendant Pablo Figueredo-Chaviano to declare this case extended and complex pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(d)(3). Counsel for defendant Figueredo-Chaviano represents that counsel for other co-defendants who have appeared before the Court join in the motion and that counsel for the government has no objection.

Based on the representation of counsel, the nature and complexity of the charges, the extensive Title III operations, the substantial discovery, the number of defendants and the need for a Spanish interpreter, the Court is persuaded that the likelihood the case will last an extended time and be complex is substantial. Accordingly, the case should be declared complex pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(d)(3). For these reasons, it is

ORDERED that the motion (Doc. No. 94) of defendant Pablo Figueredo-Chavaiano to declare this case extended and complex pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(d)(3) is GRANTED.

                                                         */s/ JOHN T. MAUGHMER*
                                                         John T. Maughmer
                                                   United States Magistrate Judge