# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

## CRIMINAL MINUTES - CHANGE OF PLEA

United States of America                        Case Number: 10-00324-01-CR-W-DW
v.                                              Date: 12/19/11
BRENDA CASTANEDA

Honorable Dean Whipple  presiding at Kansas City, Missouri

Time commenced:  10:05 a.m.                     Time terminated:  11:05 a.m.

|  | Plaintiff | Appearances | Defendant |
|  | Catherine Connelly,  AUSA | | Jonathan Laurans |

**PROCEEDINGS:**

COURT ORDERS THE COURTROOM SEALED.

Defendant appears to enter a plea of guilty to Counts 1s and 6s of the superseding indictment to consent of forfeiture.

Indictment and range of punishment is read.
X       Defendant sworn.
X       Court questions defendant regarding his physical and mental condition.  Defendant advised of right to trial by jury, maximum and minimum terms of incarceration and fine ranges.
X       Plea Agreement filed.  Court orders the plea agreement sealed.
X       Court accepts defendant's plea.
X       Court orders Presentence Investigation (PSI).
X       Defendant remanded to custody.
X       Court order the transcript of the change of plea hearing sealed.

REMARKS:

Court Reporter: Denna Lamken                     Tracy Diefenbach, Courtroom Deputy